BEACH v. THE ADMINISTRATORS OF HALL, DECEASED.

Two days after a verdict was returned for the plaintiff, the defendants moved in arrest of judgment.    But,

By the COURT.    It is too late; no motion in arrest is admissible, unless made within twenty-four hours from the return of the verdict.